# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>Jason Ward v. 3M Company, et al<br>Docket No.: 7:20-cv-18105-MCR-GRJ | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF DESIGNATED FORUM

Plaintiff, Jason Ward, by and through counsel of record, files this Notice of Designated Forum, and would show the Court that venue would be proper in the United States District Court, Middle District of Tennessee, absent direct filing on the administrative docket. Plaintiff reserves the right to amend this designation of proper venue and forum, once case specific fact and expert discovery is complete.

Plaintiff therefore requests that the Court take notice of this designation of forum.

Dated: October 15, 2021        Respectfully submitted,

                                    */s/ Christopher A. Seeger*
                                    Christopher A. Seeger, Co-Lead Counsel
                                    (Admitted Pro Hac Vice)
                                    New Jersey State Bar No. 042631990
                                    Seeger Weiss LLP
                                    55 Challenger Road 6th Floor
                                    Ridgefield Park, NJ 07660
                                    Tel.: (973) 639-9100
                                    cseeger@seegerweiss.com

## CERTIFICATE OF SERVICE

I do hereby certify that on this 15th day of October, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

*/s/ Christopher A. Seeger*
Christopher A. Seeger, Co-Lead Counsel
(Admitted Pro Hac Vice)
New Jersey State Bar No. 042631990
Seeger Weiss LLP
55 Challenger Road  6th Floor
Ridgefield Park, NJ 07660
Tel.: (973) 639-9100
cseeger@seegerweiss.com